# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tammy Hoffschildt<br>Probation Officers: Nicole D. Peterson | Date:  April 8, 2015 |

Criminal Action No.: 14-cr-00076-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Barbara S. Skalla |
| Plaintiff, | |
| v. | |
| 1.   CRAIG JAMES KILGORE, | Darren R. Cantor |
| Defendant. | |

## SENTENCING MINUTES

**10:06 a.m.**    Court in session.

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing: January 15, 2015.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Statement by Irene Woods, Defendant's mother.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:**   Motion For Non-Guideline Sentence (Filed 3/26/15; Doc. No. 295) is DENIED as MOOT.

*14-cr-00076-JLK-1*
*Sentencing*
*April 8, 2015*

**ORDERED:** Motion To Supplement Materials For Sentencing (Filed 3/26/15; Doc. No. 296) is GRANTED.

**ORDERED:** Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [Filed 4/6/15; Doc. No. 300] is GRANTED.

**ORDERED:** Government's Motion for Downward Departure Pursuant To U.S.S.G. §5K1.1 and 18 U.S.C. § 3553(e) [Filed 4/6/15; Doc. No. 301] is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **72 months**.

**It is the RECOMMENDATION of the Court, to the Bureau of Prisons, that the Defendant be placed in the RDAP program, if possible.**

**It is the RECOMMENDATION of the Court, to the Bureau of Prisons, that the Defendant receive credit for time served while he has been awaiting this sentencing.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**

*14-cr-00076-JLK-1*
*Sentencing*
*April 8, 2015*

     (X)    Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

     (X)    Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

     (X)    Defendant shall not associate with or have contact with any gang members, whether they are related to him, family, friends or not. Defendant shall not participate in gang activity, to include displaying gang paraphernalia.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

At the request of Defense Counsel, it is the RECOMMENDATION of the Court that the Bureau of Prisons initially designates the Defendant to serve his sentence at FCI Englewood. The Court then RECOMMENDS the Defendant be designated to serve his sentence at the facility which will provide him the best treatment.

**ORDERED:  The Government's Oral Motion to Dismiss Count Three of the Indictment is GRANTED.**

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:43 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 37 minutes.